IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN LONG,<br><br>       Plaintiff,<br><br>v.<br><br>Seth Headley,<br><br>       Defendant. | CIVIL ACTION NO. 1:25-cv25-325<br><br>(Removed from Baldwin County,<br>Alabama Civil Action No. 25-900724) |

## NOTICE OF REMOVAL

Defendant Seth Headley ("Headley") hereby gives notice of removal of this action from the Circuit Court of Baldwin County, Alabama to the United States District Court for the Southern District of Alabama, Southern Division, on the following grounds:

1. On or about May 15, 2025, Plaintiff Susan Long ("Plaintiff") filed suit against Headley and other Defendants in the Circuit Court of Baldwin County, Alabama, Civil Action No. 05-CV-2025-900724. In the Complaint, Plaintiff alleged under Alabama law that Headley and another sheriff deputy used excessive force when arresting her.

2. Plaintiff also sued several other defendants, including the City of Gulf Shores, Edward Delmore (former police chief), Baldwin County, Huey Hoss Mack (former sheriff), Anthony Lowery (current sheriff), and Dakota Morgan, all relating to the alleged use of excessive force under Alabama law in arresting Plaintiff.

3. All of the Defendants filed dispositive motions. On July 14, 2025, Plaintiff voluntarily dismissed, without prejudice, every defendant except Headley.

4. On July 24, 2025, Headley filed a motion for summary judgment on the grounds that he was not the law enforcement officer who physically apprehended the Plaintiff, and that he was entitled to immunity.

5. On November 17, 2025, two days before the motion for summary judgment hearing was set, Plaintiff filed an Amended Complaint. On November 19, 2025, the Baldwin County Circuit Court denied the summary judgment motion "based on Plaintiff's filing of amended complaint."

6. The Amended Complaint seeks to bring back in all of the Defendants that the Plaintiff previously dismissed, without prejudice. The Amended Complaint for the first time makes allegations against Headley under Federal law. The Amended Complaint states a Count for "42 U.S.C. § 1983 – Excessive Force" against all Defendants.

7. Plaintiff also alleges causes of action under Alabama law. Plaintiff's state law claims and her §1331 federal question claims may be properly joined under 28 U.S.C. §1367 and 28 U.S.C. §1441(c) and the entire case removed to the United States District Court.

8. In accordance with 28 U.S.C. § 1391(b), venue is proper in this Court since the Defendants are residents of or located in Baldwin County, Alabama, and the events or omissions allegedly giving rise to the claims occurred in this district.

9. The Notice of Removal is filed within the thirty (30) day time limit established by 28 U.S.C. §1446(b). No other Defendants have yet been served.

10. Filed concurrently herewith are copies of all processes, pleadings and other orders served upon Headley in compliance with 28 U.S.C. §1446(a) and 28 U.S.C. §1447(b).

                                s/David F. Walker
                                DAVID F. WALKER (WAL127)
                                david@gallowayllp.com
                                GALLOWAY, WETTERMARK
                                    & RUTENS, LLP
                                Post Office Box 16629
                                Mobile, Alabama  36616-0629
                                PH: (251)476-4493
                                FX: (251)479-5566
                                *Attorneys for Officer Seth Headley*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November 2025, I electronically filed the foregoing with the Clerk of this Court and I served, via email and U.S. Mail, a copy of the foregoing upon Joseph A. Morris, Esq., counsel for Plaintiff.

                                s/David F. Walker