**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **SUSAN LONG,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **CIVIL ACTION NO. 1:25-00480-JB-B** |
| **SETH HEADLEY, et al,** | ) |
| | ) |
| **Defendants.** | ) |

**<u>ORDER</u>**

This matter is before the Court on Defendant Anthony Lowery's Motion to Dismiss (Doc. 21), Defendant Baldwin County, Alabama's Motion to Dismiss (Doc. 23), Defendant Dakota Morgan's Motion to Dismiss (Doc. 25), Plaintiff's Supplemental Response (Doc. 50), and the "Joint Stipulation of Dismissal Pro Tanto."  (Doc. 52).

The Joint Stipulation is for "dismissal of all claims" against Baldwin County and Sheriff Anthony Lowery, but only for "partial dismissal" of less than all claims against Deputy Dakota Morgan.  (*Id.*).  The Joint Stipulation is made "pursuant to Rue 41 Fed. R. Civ. P." (*Id.*).  The Court deems the Joint Stipulation to be a "notice of dismissal" under Rule 41 (a)(1)(A)(i) as it is not signed by all parties who have appeared.  The notice of dismissal is effective as to Baldwin County and Sheriff Anthony.  All claims against Baldwin County and Sheriff Anthony are **DISMISSED**.

The Joint Stipulation, however, is not effective as to Deputy Dakota Morgan.  "A single plaintiff or a single defendant may be dismissed from a lawsuit pursuant to Rule 41(a) if (and only if) all claims involving the dismissed party are also dismissed." *Weinstein v. 440 Corp.*, 146 F.4th 1046, 1051 (11th Cir. 2025).  Nevertheless, based on Plaintiff's concessions in her Supplemental

Response (Doc. 50), and for the reasons set out in Defendant's briefing, the Court concludes the Motion to Dismiss as to Deputy Dakota Morgan (Doc. 25) is due to be GRANTED. The state-law claims contained in Counts II and III against Deputy Morgan are **DISMISSED**. All other claims against Deputy Morgan remain pending.

   **DONE and ORDERED** this 2nd day of July, 2026.


                                        /s/ JEFFREY U. BEAVERSTOCK
                                        CHIEF UNITED STATES DISTRICT JUDGE